# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| VER TECHNOLOGIES HOLDCO LLC, *et al.*,[1] | ) Case No. 18-10834 (KG) |
|  | ) |
| Debtors. | ) (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as counsel for certain of the lenders under that certain Prepetition Term Loan Agreement, dated as of December 11, 2014 (the "Prepetition Term Loan Lenders") and certain of the lenders under that certain Priming Second Lien, Super-Priority Debtor-in-Possession Credit Agreement, dated as of April [ ], 2018 (the "DIP Term Lenders"), and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 1109(b) and 342 of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases, be given to and served upon the undersigned attorneys, at the addresses set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: VER Technologies HoldCo LLC (7239); VER Technologies MidCo lLC (7482); VER Technologies LLC (7501); Full Throttle Films, LLC (0487); FAAST Leasing California, LLC (7857); Revolution Display, LLC (6711); VER Finco, LLC (5625); CPV Europe Investments LLC (2533); and Maxwell Bay Holdings LLC (3433). The location of the Debtors' service address is: 757 West California Avenue, Building 4, Glendale, California 91203.

RLF1 19099886v.1

2

| | |
|---|---|
| Andrew J. Gallo | Mark D. Collins |
| Christopher L. Carter | Amanda R. Steele |
| MORGAN, LEWIS & BOCKIUS LLP | Joseph C. Barsalona II |
| One Federal Street | RICHARDS, LAYTON & FINGER, P.A. |
| Boston, Massachusetts 02110-1726 | One Rodney Square |
| Telephone: (617) 341-7700 | 920 North King Street |
| Facsimile: (617) 341-7701 | Wilmington, Delaware 19801 |
| Email: andrew.gallo@morganlewis.com | Telephone: (302) 651-7700 |
|       christopher.carter@morganlewis.com | Facsimile: (302) 651-7701 |
| | Email: collins@rlf.com |
| |       steele@rlf.com |
| |       barsalona@rlf.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of either the Prepetition Term Loan Lenders or the DIP Term Lenders to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) either the Prepetition Term Loan Lenders' or the DIP Term Lenders' right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) either the Prepetition Term Loan Lenders' or the DIP Term Lenders' right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) either the Prepetition Term Loan Lenders' or the DIP Term Lenders' right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which

2

the Prepetition Term Loan Lenders and/or DIP Term Lenders are or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Prepetition Term Loan Lenders and the DIP Term Lenders expressly reserve.

| | |
|---|---|
| Dated: April 6, 2018<br>Wilmington, Delaware | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>*/s/ Mark D. Collins*<br>Mark D. Collins (No. 2981)<br>Amanda R. Steele (No. 5530)<br>Joseph C. Barsalona II (No. 6102)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>        steele@rlf.com<br>        barsalona@rlf.com<br><br>-and-<br><br>**MORGAN, LEWIS & BOCKIUS LLP**<br>Andrew J. Gallo<br>Christopher L. Carter<br>One Federal Street<br>Boston, Massachusetts 02110-1726<br>Telephone: (617) 341-7700<br>Facsimile: (617) 341-7701<br>Email: andrew.gallow@morganlewis.com<br>        christopher.carter@morganlewis.com<br><br>*Counsel for the Prepetition Term Loan Lenders and the DIP Term Lenders* |