# **CERTIFICATE OF SERVICE**

I, Mark D. Collins, hereby certify that on April 6, 2018, I caused a copy of the foregoing *Notice of Appearance and Demand for Service of Notices and Papers* to be served in the manner indicated upon the following parties:

<u>Via Hand Delivery</u>

Domenic E. Pacitti
KLEHR HARRISON HARVEY BRANZBURG LLP
919 North Market Street, Suite 1000
Wilmington, DE 19801

David L. Buchbinder
OFFICE OF UNITED STATES TRUSTEE
FOR THE DISTRICT OF DELAWARE
844 King Street, Suite 2207
Wilmington, DE 19801

<u>Via First Class Mail</u>

Morton Branzburg
KLEHR HARRISON HARVEY & BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Joshua A. Sussberg, P.C.
Cristine Pirro
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, NY 10022

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 North LaSalle
Chicago, IL 60654

                                                  */s/ Mark D. Collins*
                                                  Mark D. Collins (No. 2981)

RLF1 19099886v.1