**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| VER TECHNOLOGIES HOLDCO, LLC. *et al.*, | : | Case No. 18– 10834 (KG) |
| Debtors. | : | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Marc Abrams of Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 to represent AP Services, LLC ("APS") in connection with the above-captioned proceeding.

Dated: September 21, 2018
Wilmington, Delaware

*/s/ Daniel J. DeFranceschi*
Daniel J. DeFranceschi (No. 2732)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: defranceschi@rlf.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

- 2 -

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: September 21, 2018　　　　　*/s/ Marc Abrams*
　　　　　　　　　　　　　　　　　　Marc Abrams
　　　　　　　　　　　　　　　　　　WILLKIE FARR & GALLAGHER LLP
　　　　　　　　　　　　　　　　　　787 Seventh Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10019-6099
　　　　　　　　　　　　　　　　　　Telephone: (212) 728-8000
　　　　　　　　　　　　　　　　　　Facsimile: (212) 728-8111
　　　　　　　　　　　　　　　　　　Email: mabrams@willkie.com