IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VER TECHNOLOGIES HOLDCO LLC, et al.,[1] | ) Case No. 18-10834 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 878** |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 15, 2018, AT 10:00 A.M. BEFORE THE HONORABLE KEVIN GROSS**

---

**THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

---

**RESOLVED MATTER:**

1.  Application By AP Services, LLC for Approval of the Contingent Success Fee (Filed: 8/30/18) [Docket No. 771]

    Response Deadline: September 14, 2018 at 4:00 p.m. *(extended until October 9, 2018 at 4:00 p.m. for the Reorganized Debtors)*

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    A.  [Proposed] Order Approving Application By AP Services, LLC for Approval of the Contingent Success Fee (Filed: 8/30/18) [Docket No. 771]

    B.  Supplement to Application By AP Services, LLC for Approval of the Contingent Success Fee (Filed: 9/4/18) [Docket No. 784]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: VER Technologies HoldCo LLC (7239); CPV Europe Investments LLC (2533); FAAST Leasing California, LLC (7857); Full Throttle Films, LLC (0487); Maxwell Bay Holdings LLC (3433); Revolution Display, LLC (6711); VER Finco, LLC (5625); VER Technologies LLC (7501); and VER Technologies MidCo LLC (7482). The location of the Debtors' service address is: 757 West California Avenue, Building 4, Glendale, California 91203.

[2] **Amended items are in bold.**

C. Certification of No Objection Regarding Docket No. 771 (Filed: 10/10/18) [Docket No. 877]

D. **[Signed] Order Approving Application By AP Services, LLC for Approval of the Contingent Success Fee (Filed: 10/12/18) [Docket No. 881]**

Status: **The Court has entered an order on this matter.**

**WITHDRAWN MATTERS:**

2. Motion of 50 Meadowland Parkway LLC for Allowance and Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) (Filed: 7/30/18) [Docket No. 664]

   Response Deadline: August 13, 2018 at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   A. [Proposed] Order Approving 50 Meadowland Parkway LLC for Allowance and Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) (Filed: 7/30/18) [Docket No. 664]

   B. **Notice of Withdrawal of Motions Filed By 50 Meadowland Parkway LLC [Filed: 10/12/18] (Docket No. 880).**

   Status: **This matter has been withdrawn.**

3. Motion of 50 Meadowland Parkway LLC for Entry of an Order Compelling the Debtors to Vacate Rejected Lease Premises (Filed: 8/29/18) [Docket No. 769]

   Response Deadline: September 14, 2018 at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   A. [Proposed] Order Granting Motion of 50 Meadowland Parkway LLC for Entry of an Order Compelling the Debtors to Vacate Rejected Lease Premises (Filed: 8/29/18) [Docket No. 769]

B.     Notice of Motion of 50 Meadowland Parkway LLC for Entry of an Order Compelling the Debtors to Vacate Rejected Lease Premises (Filed: 8/31/18) [Docket No. 776]

C.     **Notice of Withdrawal of Motions Filed By 50 Meadowland Parkway LLC [Filed: 10/12/18] (Docket No. 880).**

<u>**Status**</u>**: This matter has been withdrawn.**

Dated: October 12, 2018
       Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com

and-

Joseph T. Moldovan (Pro Hac Vice)
Robert K. Dakis (Pro Hac Vice)
David J. Kozlowski (Pro Hac Vice)
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
Facsimile:(212) 735-8708
Email:bankruptcy@morrisoncohen.com
       rdakis@morrisoncohen.com

*Co-Counsel for the Reorganized Debtors*

DOCS_DE:221451.4 71504/001