**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VER TECHNOLOGIES HOLDCO LLC *et al.*, | ) ) ) | Case No. 18-10834-KG |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) ) | |

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM 460, 461, 532 & 533**
**FILED BY MFA ARCHITECTURAL & INTERIOR DESIGN SERVICES, INC.**

PLEASE TAKE NOTICE that MFA Architectural & Interior Design Services, Inc. *d/b/a* MFA Construction, Inc. and *d/b/a* MFA Inc Construction Services withdraws claims 460 and 461, filed June 7, 2018, and claims 532 and 533, filed June 8, 2018.

Dated: December 12, 2018
Wilmington, Delaware

LECLAIRRYAN, PLLC

/s/ Andrew L. Cole
Andrew L. Cole (# 5712)
800 North King Street, Suite 303
Wilmington, DE 19801
(302) 394-6817
Email: andrew.cole@leclairryan.com

and

Todd M. Galante, Esq.
Piro Zinna Cifelli Paris & Genitempo, LLC
360 Passaic Avenue
Nutley, NJ 07110
Telephone: (973) 661-0710
Facsimile: (973) 661-5157
Email: TGalante@pirozinnalaw.com

Counsel to: MFA Architectural
 & Interior Design Services, Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: VER Technologies HoldCo LLC (7239); VER Technologies MidCo LLC (7482); VER Technologies LLC (7501); Full Throttle Films, LLC (0487); FAAST Leasing California, LLC (7857); Revolution Display, LLC (6711); VER Finco, LLC (5625); CPV Europe Investments LLC (2533); and Maxwell Bay Holdings LLC (3433). The location of the Debtors' service address is: 757 West California Avenue, Building 4, Glendale, California 91203.