# **Exhibit B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VER TECHNOLOGIES HOLDCO LLC, *et al.*,[1] | ) | Case No. 18-10834 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER SUSTAINING
### SECOND OMNIBUS (SUBSTANTIVE) OBJECTION PURSUANT TO SECTION 502(b)
### OF THE BANKRUPTCY CODE, BANKRUPTCY
### RULES 3003 AND 3007, AND LOCAL RULE 3007–1

Upon consideration of the *Second Omnibus (Substantive) Objection Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007–1* (the "Objection")[2] filed by the Debtors, and through the merger effectuated via the Plan,[3] Production Resource Group Inc. ("PRG"; together with the Debtors, the "Reorganized Debtor") in the above-captioned chapter 11 cases, for entry of an order disallowing and expunging in full the No Liability Claims on **Exhibit 1** attached to this Order, partially disallowing the Reduce Claims and reducing such claims in the amounts indicated on **Exhibit 2**, and partially disallowing the Reduce and Reclassify Claims and reducing and reclassifying such claims in the amounts indicated on **Exhibit 3**; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  VER Technologies HoldCo LLC (7239); CPV Europe Investments LLC (2533); FAAST Leasing California, LLC (7857); Full Throttle Films, LLC (0487); Maxwell Bay Holdings LLC (3433); Revolution Display, LLC (6711); VER Finco, LLC (5625); VER Technologies LLC (7501); and VER Technologies MidCo LLC (7482). The location of the Debtors' service address is: 757 West California Avenue, Building 4, Glendale, California 91203.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

[3] The Debtors' Plan of Reorganization was confirmed by the Court at Docket No. 647.

found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Reorganized Debtor, the estates, creditors, and other parties in interest; and this Court having found that notice of and opportunity for a hearing on the Objection were appropriate and no other notice need be provided; and this Court having reviewed the Objection and having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT**:**

1.     Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

2.     The official claims register in these chapter 11 cases shall be modified in accordance with this Order.

3.     The No Liability Claims listed under the column "No Liability Claim to be Disallowed" on **Exhibit 1** attached to this Order are hereby disallowed and expunged in their entirety.

4.     The Reduce Claims listed on **Exhibit 2** attached to this Order are hereby reduced to the amounts indicated on **Exhibit 2**, and the balance of such claims is disallowed and expunged.

5.     The Reduce and Reclassify Claims listed on **Exhibit 3** attached to this Order are hereby reduced and reclassified to the amounts and classifications indicated on

**Exhibit 3**, and the balance of such claims is disallowed and expunged.

6.     The Reorganized Debtor's right to amend, modify, or supplement the Objection, to file additional objections to any other claims (filed or not) which may be asserted, and to seek further reduction of any claim to the extent such claim has been paid, are preserved.

7.     The inclusion of claims on **Exhibits 1 through 3**, does not reflect any view by the Reorganized Debtor or this Court as to the ultimate validity of any such claim. All rights of the Reorganized Debtor to further object to any or all of these claims at a later date on any basis whatsoever is reserved.

8.     The Reorganized Debtor further reserves its rights to use any available defenses under section 502 of the Bankruptcy Code to setoff against or otherwise reduce all or part of any claim. Further, any and all affirmative claims are specifically preserved and are not affected by this Order.

9.     Each claim and the objection as set forth on **Exhibits 1 through 3** to this Order, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each of the claims.

10.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11.     The Reorganized Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

12.     This Court shall retain jurisdiction to interpret, implement, and enforce the terms and provisions of this Order.

Dated: _____, 2019

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

**Exhibit 1**

**No Liability Claims**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| AEROTEK INC<br>7317 PARKWAY DRIVE<br>HANOVER, MD 21076 | 5/3/2018 | 143 | $0.00 | $0.00 | $0.00 | $5,365.03 | $5,365.03 | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| B2 SERVICES, INC<br>24322 WEST CALADIUM PLACE<br>VALENCIA, CA 91354 | 6/11/2018 | 640 | $0.00 | $0.00 | $0.00 | $3,650.00 | $3,650.00 | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| BIRDDOG DISTRIBUTING, INC.<br>1490 HARPER PUCKET RD.<br>BOZEMAN, MT 59718 | 5/24/2018 | 286 | $0.00 | $0.00 | $0.00 | $1,116.06 | $1,116.06 | This Disputed Claim asserts a claim against a debtor in a different bankruptcy case. Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |

**Exhibit 1**

**No Liability Claims**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| BLUELINE SERVICES LLC<br>WILLIAM TOWE<br>1800 HIGHLAND SHORES BLVD.<br>HIGHLAND VILLIAGE, TX  75077 | 5/23/2018 | 278 | $0.00 | $7,755.11 | $0.00 | $0.00 | $7,755.11 | This Disputed Claim asserts a claim against a debtor in a different bankruptcy case. Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| BRANDON WHEATLEY<br>C/O JONATHAN I. LEVINE<br>MORRISON AND FOERSTER LLP 250 WEST 55TH STREET<br>NEW YORK, NY  10019 | 6/8/2018 | 528 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| CIT BANK, N.A.<br>C/O JOHN J. MONAGHAN, ESQ.<br>HOLLAND & KNIGHT LLP 10 ST. JAMES AVENUE<br>BOSTON, MA  02116 | 6/6/2018 | 515 | $0.00 | $0.00 | $0.00 | $13,123,056.40 | $13,123,056.40 | Pursuant to the Debtors' books and records, the Debtors assumed the creditor's contract, cured the contract and have no outstanding liability related to this claim. |

**Exhibit 1**

**No Liability Claims**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| D3 LED, LLC<br>ANTIONETTE M. TEASE, ESQ.<br>ANTIONETTE M. TEASE, P.L.L.C. PO BOX 51016<br>175 N. 27TH ST., STE. 902<br>BILLINGS, MT 59105 | 6/7/2018 | 464 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| DAVID IMLAU<br>4344 BOOTJACK TRL<br>HOWELL, MI 48843 | 6/7/2018 | 480 | $0.00 | $0.00 | $0.00 | $22,981.25 | $22,981.25 | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| DE LAGE LANDEN - 1<br>JOE PANEGHELLO<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 | 5/24/2018 | 284 | $0.00 | $0.00 | $0.00 | $10,435.82 | $10,435.82 | This Disputed Claim asserts a claim against a debtor in a different bankruptcy case. Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |

Exhibit 1

No Liability Claims

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| DIGBY DAVIES<br>C/O JONATHAN I. LEVINE<br>MORRISON AND FOERSTER LLP 250 WEST 55TH STREET<br>NEW YORK, NY  10019 | 6/8/2018 | 530 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| DONALD BURGHARDT / DB FILM WORKS, INC<br>26893 BOUQUET CANYON RD., SUITE 144<br>SANTA CLARITA, CA  91350 | 5/31/2018 | 357 | $0.00 | $0.00 | $0.00 | $1,376.00 | $1,376.00 | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| DOWNS RACHLIN MARTIN PLLC<br>PO BOX 99<br>ST JOHNSBURY, VT  05819-0099 | 6/18/2018 | 663 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |

In re:VER Technologies Holdco LLC, et al.

Case No 18-10834 (KG) Jointly Administered

## Exhibit 1

## No Liability Claims

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| EASTLAND FORRESTER CORP. 1320 STORM PARKWAY TORRANCE, CA 90501 | 5/18/2018 | 220 | $0.00 | $0.00 | $0.00 | $8,000.00 | $8,000.00 | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| FISHER, JOSHUA 6713 W. MEGAN AVE. LAS VEGAS, NV 89018 | 5/17/2018 | 200 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| FOAM YETI, LLC 1029 METFIELD ROAD BALTIMORE, MD 21286 | 5/22/2018 | 234 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |

**Exhibit 1**

**No Liability Claims**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| FOURTH FLOOR PRODUCTIONS<br>650 CAMBRIDGE STREET<br>CAMBRIDGE, MA  02141 | 5/30/2018 | 336 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| GR8REEL, INC<br>815 N. BUENA VISTA STREET<br>BURBANK, CA  91505 | 5/29/2018 | 322 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| GREG LEFEVRE MEDIA, LLC<br>BOX 109<br>CARDIFF, CA  92007 | 5/31/2018 | 356 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |

**Exhibit 1**

**No Liability Claims**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| HAVERTY, SEAN JAMES<br>SEAN HAVERTY<br>14035 SILETZ HWY<br>SILETZ, OR  97380 | 5/18/2018 | 215 | $0.00 | $0.00 | $12,850.00 | $2,600.00 | $15,450.00 | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| J. MICHAEL CHU<br>MATTHEW LEEDS<br>C/O L. CATTERTON 599 WEST PUTNAM AVENUE<br>GREENWICH, CT  06839 | 6/8/2018 | 632 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| JEFFREY E. HACHQUET<br>2270 S. CIMARRON ROAD<br>LAS VEGAS, NV  89117 | 5/22/2018 | 232 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |

**Exhibit 1**

**No Liability Claims**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| JEFFREY KRUEGER<br>6961 PAULA CIR<br>HUNTINGTON BEACH, CA 92647 | 9/19/2018 | 747 | $0.00 | $0.00 | $0.00 | $2,509.00 | $2,509.00 | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| JENNISE HALL<br>4543 SANCOLA AVENUE<br>TOLUCA LAKE, CA 91602 | 7/9/2018 | 690 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| KOREAN AMERICAN PUBLICATIONS, INC<br>JAMES RYU<br>17000 S VERMONT AVENUE, SUITE A<br>GARDENA, CA 90247 | 5/23/2018 | 279 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | This Disputed Claim asserts a claim against a debtor in a different bankruptcy case. Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |

**Exhibit 1**

**No Liability Claims**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| LANDMARK AUDIO LLC<br>1712 SHORECREST PT<br>WHITES CREEK, TN  37189 | 5/21/2018 | 227 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| LEAF CAPITAL FUNDING, LLC ACCOUNT 100-2561138-001<br>C/O LEGAL DEPARTMENT<br>LEAF 2005 MARKET ST, 14TH FLOOR<br>PHILADELPHIA, PA  19103 | 6/6/2018 | 526 | $0.00 | $0.00 | $0.00 | $1,603.21 | $1,603.21 | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| LEAF CAPITAL FUNDING, LLC ACCOUNT 100-2679408-001<br>C/O LEGAL DEPARTMENT<br>LEAF 2005 MARKET ST, 14TH FLOOR<br>PHILADELPHIA, PA  19103 | 6/6/2018 | 527 | $0.00 | $0.00 | $0.00 | $1,021.85 | $1,021.85 | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |

**Exhibit 1**

**No Liability Claims**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| LIGHTHOUSE CHRISTIAN CHURCH 4700 MESA DRIVE OCEANSIDE, CA  92056 | 5/24/2018 | 299 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| LIVING WATER CHRISTIAN FELLOWSHIP KEVIN D. QUERRY 9801 TALBERT AVENUE FOUNTAIN VALLEY, CA  92708 | 5/17/2018 | 188 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| MARC MAGLIACANO C/O JONATHAN I. LEVINE MORRISON AND FOERSTER LLP 250 WEST 55TH STREET NEW YORK, NY  10019 | 6/8/2018 | 574 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |

# Exhibit 1
## No Liability Claims

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| MATT LEEDS<br>C/O JONATHAN I. LEVINE<br>MORRISON AND FOERSTER LLP 250 WEST 55TH STREET<br>NEW YORK, NY 10019 | 6/8/2018 | 617 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| MATTHEW LEEDS<br>C/O L. CATTERTON<br>599 WEST PUTNAM AVENUE<br>GREENWICH, CT 06830 | 6/8/2018 | 631 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| MILLIONS OF TINY ROBOTS LTD.<br>ATHALIE WHITE<br>112 KROG ST NE STE 24<br>ATLANTA, GA 30307-5518 | 5/21/2018 | 224 | $0.00 | $0.00 | $0.00 | $1,330.30 | $1,330.30 | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |

**Exhibit 1**

**No Liability Claims**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total | |
| MISSISSIPPI DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 22808 JACKSON, MS  39225-2808 | 7/3/2018 | 683 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| MURRAYPRO ELECTRONICS ANTHONY DRUMMOND - MURRAY 8 GLAMORGAN ROAD HAMPTON WICK, SURREY  KT1 4HP UNITED KINGDOM | 5/30/2018 | 334 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| NEW FAAST, LLC ATTN MICHAEL T. DELANEY AND HOWARD J. WEG ROBINS KAPLAN LLP 2049 CENTURY PARK EAST, SUITE 3400 | 6/8/2018 | 589 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |

**Exhibit 1**

**No Liability Claims**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| NEW REV, INC.<br>ATTN HOWARD J. WEG AND MICHAEL T. DELANEY<br>ROBINS KAPLAN LLP 2049 CENTURY PARK EAST, SUITE 3400 | 6/8/2018 | 592 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| NOLA SLATES<br>KEITH POKORSKI/SARAH BOWMAN<br>1145 ARBORDALE<br>DECATUR, GA  30033 | 5/24/2018 | 300 | $0.00 | $600.00 | $0.00 | $0.00 | $600.00 | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| NORTHWEST VIDEO EDGE<br>7517 E HEATHER WAY<br>EVERETT, WA  89203 | 5/21/2018 | 226 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |

**Exhibit 1**

**No Liability Claims**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| PATRICK CAMPBELL<br>16654 SOLEDAD CANYON ROAD, #103<br>CANYON COUNTRY, CA  91387 | 8/2/2018 | 716 | $0.00 | $0.00 | $0.00 | $477,493.90 | $477,493.90 | Pursuant to the Debtors' books and records, the Debtors have determined that all outstanding prepetition employee obligations were satisfied. Therefore, the Debtor has no liability related to this claim. |
| PEPPERDASH TECHNOLOGY CORP.<br>27 CONGRESS STREET, SUITE 104<br>SALEM, MA  01970 | 5/23/2018 | 267 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| PROFESSIONAL AUDIO INSTALLATION CO<br>470 HWY 431N<br>MARTIN, TN  38237 | 5/15/2018 | 160 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |

In re:VER Technologies Holdco LLC, et al.

Case No 18-10834 (KG) Jointly Administered

# Exhibit 1

## No Liability Claims

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| RICHEMONT NORTH AMERICA, INC.<br>MEGAN FUNG<br>645 FIFTH AVE.<br>NEW YORK, NY 10022 | 6/7/2018 | 473 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| ROBERT KRAKAUER<br>C/O JONATHAN I. LEVINE<br>MORRISON AND FOERSTER LLP 250 WEST 55TH STREET<br>NEW YORK, NY 10019 | 6/8/2018 | 503 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| STRICK RECHTSANWAELTE UND STEUERBERATER<br>SIEMENSSTRASSE 31<br>KLEVE, NRW 47533<br>GERMANY | 7/12/2018 | 698 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |

**Exhibit 1**

**No Liability Claims**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| TAKISHA TOOMER<br>110 EAST BONANZA ROAD SU 16<br>LAS VEGAS, NV  89101 | 4/16/2018 | 28 | $0.00 | $0.00 | $0.00 | $3,120.00 | $3,120.00 | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| TEAM ALTERNATIVES, INC.<br>ASHLEY WILSON, GENERAL COUNSEL<br>901 W ALAMEDA AVE STE 100<br>BURBANK, CA  91506-2801 | 6/25/2018 | 670 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| THE TRAVELERS INDEMNITY COMPANY AND ITS PROPERTY CASUALTY INSURANCE AFFILIATES<br>MICHAEL GAUNTLETT, ACCOUNT RESOLUTION | 6/6/2018 | 430 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |

**Exhibit 1**

**No Liability Claims**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| THE TRAVELERS INDEMNITY COMPANY AND ITS PROPERTY CASUALTY INSURANCE AFFILIATES MICHAEL GAUNTLETT ONE TOWER SQUARE, 0000-FP15 | 6/6/2018 | 435 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| VADIM EPSTEIN 80 NARROWS RD STATEN ISLAND, NY  10305-2801 | 5/15/2018 | 171 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| VINCENT DUNDEE III JUDITH DUNDEE ATTN HOWARD J. WEG AND MICHAEL T. DELANEY ROBINS KAPLAN LLP 2049 CENTURY PARK EAST, SUITE 3400 | 6/8/2018 | 637 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |

**Exhibit 1**

**No Liability Claims**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| VINCENT PACE<br>ERIN K. BRIGNOLA, ESQUIRE<br>30 FOX HUNT DRIVE, UNIT 30<br>BEAR, DE 19701 | 6/8/2018 | 535 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| VINCENT PACE<br>ERIN K. BRIGNOLA, ESQUIRE<br>30 FOX HUNT DRIVE, UNIT 30<br>BEAR, DE 19701 | 6/8/2018 | 550 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |
| VINCENT PACE<br>ERIN K. BRIGNOLA, ESQUIRE<br>30 FOX HUNT DRIVE, UNIT 30<br>BEAR, DE 19701 | 6/11/2018 | 651 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |

**Exhibit 1**

**No Liability Claims**

| Name of Claimant and Address | Date Claim Filed | Claim Number | Claim Amount | | | | | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| WURTH NEDERLAND B.V.<br>POSTBUS 344<br>S-HERTOGENBOSCH, NB  5201 AH<br>NETHERLANDS | 5/23/2018 | 256 | $0.00 | $0.00 | $0.00 | $0.00 | UNL | Pursuant to the Debtors' books and records, the Debtors have determined that there are no amounts outstanding pertaining to this assertion. Therefore, the Debtor has no liability related to this claim. |

|  | **Total Claims To Be Disallowed:** | **55** | | $0.00 | $8,355.11 | $12,850.00 | $13,680,658.82 | $13,701,863.93 | |

Exhibit 2

**Reduce Claims**

| Name of Claimant and Address | Claim Number | Claim Amount | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| 4WALL ENTERTAINMENT, INC.<br>1 CAROL PLACE<br>MOONACHIE, NJ  07074 | 266 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$50,570.65<br>$50,570.65 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$40,835.65<br>$40,835.65 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| A V STUMPFL USA CORP.<br>COFACE NORTH AMERICA INSURANCE COMPANY<br>650 COLLEGE ROAD EAST, SUITE 2005<br>PRINCETON, NJ  08540 | 296 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$49,990.45<br>$0.00<br>$99,174.55<br>$149,165.00 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$49,990.45<br>$0.00<br>$94,821.30<br>$144,811.75 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| ABEL CINE TECH, INC.<br>ABEL CINE<br>68 35TH STREET SUITE 4BE<br>BROOKLYN, NY  11232 | 252 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$97,995.58<br>$97,995.58 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$89,622.83<br>$89,622.83 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| ACEY DECY EQUIPMENT CO., INC<br>C/O DON DJOMEH<br>200 PARKSIDE DRIVE<br>SAN FERNANDO, CA  91340 | 332 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$48,869.27<br>$48,869.27 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$45,274.55<br>$45,274.55 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| ALTA INDUSTRIAL EQUIPMENT<br>13211 MERRIMAN RD<br>LIVONIA, MI  48150-1826 | 374 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$198.82<br>$0.00<br>$8,397.60<br>$8,596.42 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$8,397.60<br>$8,397.60 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| AUDIO-TECHNICA US INC<br>SUSAN WEHRMANN<br>1221 COMMERCE DRIVE<br>STOW, OH  44224 | 416 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$550.74<br>$0.00<br>$394.84<br>$945.58 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$394.84<br>$394.84 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| BARCO, INC.<br>STREUSAND, LANDON, OZBURN AND LEMMON, LLP<br>811 BARTON SPRINGS ROAD, SUITE 811<br>AUSTIN, TX  78704 | 400 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$955,094.45<br>$0.00<br>$2,152,198.77<br>$3,107,293.22 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$2,152,198.77<br>$2,152,198.77 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |

**Exhibit 2**

**Reduce Claims**

| Name of Claimant and Address | Claim Number | Claim Amount | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| BOSCH SECURITY SYSTEMS, INC.<br>130 PERINTON PARKWAY<br>FAIRPORT, NY  14450 | **159** | **Secured:**<br>**Admin:**<br>**Priority:**<br>**Unsecured:**<br><br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$19,890.18<br><br>$19,890.18 | **Secured:**<br>**Admin:**<br>**Priority:**<br>**Unsecured:**<br><br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$18,866.99<br><br>$18,866.99 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| BULBTRONICS INC<br>45 BANFI PLAZA<br>FARMINGDALE, NY  11735 | **94** | **Secured:**<br>**Admin:**<br>**Priority:**<br>**Unsecured:**<br><br>**Total:** | $0.00<br>$26,450.69<br>$0.00<br>$88,941.73<br><br>$115,392.42 | **Secured:**<br>**Admin:**<br>**Priority:**<br>**Unsecured:**<br><br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$88,941.73<br><br>$88,941.73 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| CHARTER / SPECTRUM<br>7820 CRESCENT EXECUTIVE DRIVE 1ST FLOOR<br>CHARLOTTE, NC  28217 | **129** | **Secured:**<br>**Admin:**<br>**Priority:**<br>**Unsecured:**<br><br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$698.83<br><br>$698.83 | **Secured:**<br>**Admin:**<br>**Priority:**<br>**Unsecured:**<br><br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$159.73<br><br>$159.73 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| CHAUVET<br>DENISE RODRIGUEZ<br>5200 NW 108 AVE<br>SUNRISE, FL  33351 | **84** | **Secured:**<br>**Admin:**<br>**Priority:**<br>**Unsecured:**<br><br>**Total:** | $0.00<br>$64.02<br>$0.00<br>$192.04<br><br>$256.06 | **Secured:**<br>**Admin:**<br>**Priority:**<br>**Unsecured:**<br><br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$192.04<br><br>$192.04 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| CLARK WIRE AND CABLE<br>408 WASHINGTON BLVD<br>MUNDELEIN, IL  60060 | **33** | **Secured:**<br>**Admin:**<br>**Priority:**<br>**Unsecured:**<br><br>**Total:** | $0.00<br>$2,039.16<br>$0.00<br>$2,482.32<br><br>$4,521.48 | **Secured:**<br>**Admin:**<br>**Priority:**<br>**Unsecured:**<br><br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$2,482.32<br><br>$2,482.32 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| DAVID A, LLC<br>ATTN MANAGER - LEASE ADMINISTRATION<br>C/O IDI GAZELEY 1100 PEACHTREE STREET, SUITE 1100<br>ATLANTA, GA  30309 | **581** | **Secured:**<br>**Admin:**<br>**Priority:**<br>**Unsecured:**<br><br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$62,833.03<br><br>$62,833.03 | **Secured:**<br>**Admin:**<br>**Priority:**<br>**Unsecured:**<br><br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$60,178.11<br><br>$60,178.11 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| DPA MICROPHONES, INC.<br>1500 KANSAS AVE SUITE 3A<br>LONGMOUNT, CO  80501 | **418** | **Secured:**<br>**Admin:**<br>**Priority:**<br>**Unsecured:**<br><br>**Total:** | $0.00<br>$3,600.00<br>$0.00<br>$10,001.00<br><br>$13,601.00 | **Secured:**<br>**Admin:**<br>**Priority:**<br>**Unsecured:**<br><br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$10,001.00<br><br>$10,001.00 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |

Exhibit 2

**Reduce Claims**

| Name of Claimant and Address | Claim Number | Claim Amount | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| EULER HERMES N.A. INSURANCE CO. AGENT OF ALMO CORPORATION CLAIM ID 000418884 EULER HERMES NORTH AMERICA INSURANCE COMPANY 800 RED BROOK BLVD OWINGS MILLS, MD  21117 | 141 | Secured: Admin: Priority: Unsecured: Total: | $0.00 $3,584.97 $0.00 $94,698.01 $98,282.98 | Secured: Admin: Priority: Unsecured: Total: | $0.00 $0.00 $0.00 $94,698.01 $94,698.01 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| FERRELLGAS INC ONE LIBERTY PLAZA MD 40 LIBERTY, MO  64068 | 371 | Secured: Admin: Priority: Unsecured: Total: | $0.00 $288.31 $0.00 $454.73 $743.04 | Secured: Admin: Priority: Unsecured: Total: | $0.00 $0.00 $0.00 $454.73 $454.73 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| FUJIFILM NORTH AMERICA CORPORATION ANDREW MORINO 200 SUMMIT LAKE DRIVE VALHALLA, NY  10595 | 5 | Secured: Admin: Priority: Unsecured: Total: | $0.00 $0.00 $0.00 $30,762.57 $30,762.57 | Secured: Admin: Priority: Unsecured: Total: | $0.00 $0.00 $0.00 $16,641.11 $16,641.11 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| HASSETT EXPRESS LLC JOAN GOTTSCHILD 18 W. 100 22ND STREET SUITE 109 OAK BROOK TERRACE, IL  60181 | 120 | Secured: Admin: Priority: Unsecured: Total: | $0.00 $0.00 $0.00 $6,225.00 $6,225.00 | Secured: Admin: Priority: Unsecured: Total: | $0.00 $0.00 $0.00 $5,175.00 $5,175.00 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| JONATHAN SCHNEIDER, INC DBA HDRENTAL.COM JONATHAN ALLEN SCHNEIDER, OWNER 16129 COVELLO ST VAN NUYS, CA  91406 | 35 | Secured: Admin: Priority: Unsecured: Total: | $0.00 $0.00 $7,620.00 $6,970.00 $14,590.00 | Secured: Admin: Priority: Unsecured: Total: | $0.00 $0.00 $0.00 $6,970.00 $6,970.00 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| KESLOW CAMERA 5900 BLACKWELDER ST CULVER CITY, CA  90232 | 407 | Secured: Admin: Priority: Unsecured: Total: | $0.00 $0.00 $0.00 $4,259.50 $4,259.50 | Secured: Admin: Priority: Unsecured: Total: | $0.00 $0.00 $0.00 $2,229.50 $2,229.50 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| LECTROSONICS, INC 581 LASER RD NE RIO RANCHO, NM  87124 | 23 | Secured: Admin: Priority: Unsecured: Total: | $0.00 $115,069.58 $0.00 $25,445.48 $140,515.06 | Secured: Admin: Priority: Unsecured: Total: | $0.00 $0.00 $0.00 $25,445.48 $25,445.48 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |

**Exhibit 2**

**Reduce Claims**

| Name of Claimant and Address | Claim Number | Claim Amount | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| LUXOR<br>2245 DELANY ROAD<br>WAUKEGAN, IL  60087 | **769** | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $3,005.83<br>$0.00<br>$0.00<br>$0.00<br>$3,005.83 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$2,293.33<br>$0.00<br>$0.00<br>$2,293.33 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| MAGNUM COMPANIES<br>205 ARMOUR DRIVE NE<br>ATLANTA, GA  30324 | **702** | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$3,298.25<br>$3,298.25 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$2,098.25<br>$2,098.25 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| MEYER SOUND LABORATORIES INC.<br>2832 SAN PABLO AVE<br>BERKELEY, CA  94702 | **216** | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$43,307.73<br>$43,307.73 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$41,913.81<br>$41,913.81 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| MORPHEUS TECHNOLOGIES, LLC  D/B/A<br>MORPHEUS LIGHTS<br>PAUL T WELLER<br>6275 SOUTH SANDHILL ROAD SUITE 100<br>LAS VEGAS, NV  89120 | **37** | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$1,841.00<br>$0.00<br>$1,425.45<br>$3,266.45 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$1,425.45<br>$1,425.45 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| MOTION LABORATORIES, INC.<br>RICHARD C. EBELING<br>520 FURNACE DOCK ROAD<br>CORTLANDT MANOR, NY  10579 | **383** | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$19,816.60<br>$0.00<br>$151,569.02<br>$171,385.62 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$19,816.60<br>$0.00<br>$126,378.14<br>$146,194.74 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| NELSON CASE CORP<br>EDWARD BOBADILLA<br>650 S JEFFERSON ST, STE A<br>PLACENTIA, CA  92870 | **67** | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$948.20<br>$0.00<br>$9,677.61<br>$10,625.81 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$9,677.61<br>$9,677.61 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| NEUTRIK USA<br>NIKKI BAIRD<br>4115 TAGGART CREEK RD<br>CHARLOTTE, NC  28208 | **155** | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$1,706.00<br>$0.00<br>$15,747.55<br>$17,453.55 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$15,747.55<br>$15,747.55 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |

Exhibit 2

## Reduce Claims

| Name of Claimant and Address | Claim Number | Claim Amount | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| PANASONIC / SERVICE / REPAIR<br>3330 CAHUENGA BLVD 1ST FLOOR<br>STUDIO CITY, CA  90068 | **401** | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$14,371.14<br>$0.00<br>$15,436.70<br>$29,807.84 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$15,436.70<br>$15,436.70 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| RUPPERT FAMILY ELECTRONICS INC., DBA<br>ALPINE ELECTRONICS<br>MIKE RUPPERT<br>2211 LINCOLN AVENUE<br>SAN JOSE, CA  95125 | **34** | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$1,063.20<br>$0.00<br>$5,180.65<br>$6,243.85 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$5,180.65<br>$5,180.65 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| SCHNEIDER OPTICS, INC<br>285 OSER AVENUE<br>HAUPPAUGE, NY  11788 | **506** | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$511.15<br>$0.00<br>$5,049.30<br>$5,560.45 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$5,049.30<br>$5,049.30 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| SONY ELECTRONICS INC.<br>ATTN RICK BLAZIER<br>115 W CENTURY ROAD, SUITE 250<br>PARAMUS, NJ  07652 | **398** | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$253,096.86<br>$0.00<br>$47,229.56<br>$300,326.42 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$47,229.56<br>$47,229.56 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| SOUTHERN CALIFORNIA MESSENGERS<br>5757 WILSHIRE BLVD #3<br>LOS ANGELES, CA  90036-3682 | **555** | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$1,613.43<br>$1,613.43 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$424.17<br>$424.17 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| STEVEN HANKIN<br>C/O MARC A. LIEBERMAN, ESQ.<br>FREDMAN LIEBERMAN PEARL LLP 1875<br>CENTURY PARK EAST, SUITE 2230<br>LOS ANGELES, CA  90067 | **91** | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$480,252.25<br>$480,252.25 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$0.00<br>$0.00<br>$475,000.00<br>$475,000.00 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| SUNBELT RENTALS, INC.<br>C/O ASHLEY A. EDWARDS, ESQ<br>401 SOUTH TRYON STREET, SUITE 3000<br>CHARLOTTE, NC  28202 | **731** | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$27,428.12<br>$0.00<br>$62,021.24<br>$89,449.36 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>**Total:** | $0.00<br>$27,428.12<br>$0.00<br>$50,651.22<br>$78,079.34 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |

**Exhibit 2**

**Reduce Claims**

| Name of Claimant and Address | Claim Number | Claim Amount | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| TMB<br>527 PARK AVENUE<br>SAN FERNANDO, CA 91340 | 89 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$15,587.20<br>$0.00<br>$54,878.06<br>$70,465.26 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$54,878.06<br>$54,878.06 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| TOWER PRODUCTS INCORPORATED  D/B/A<br>TECNEC DISTRIBUTING<br>HEIDI THOMPSON<br>812 KINGS HWY  BOX 397<br>SAUGERTIES, NY  12477 | 70 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$2,845.82<br>$0.00<br>$25,462.35<br>$28,308.17 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$2,845.82<br>$0.00<br>$24,162.40<br>$27,008.22 | Claim should be reduced to the Modified Claim Amount indicated based on the amounts owed according to the Debtors' books and records. |
| **Total Claims To Be Modified:** **37** | | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br>Total: | **$3,005.83**<br>**$1,496,146.48**<br>**$7,620.00**<br>**$3,733,604.83**<br>**$5,240,377.14** | | **$0.00**<br>**$102,374.32**<br>**$0.00**<br>**$3,639,234.16**<br>**$3,741,608.48** | |

**Exhibit 3**

**Reduce & Reclass Claims**

| Name of Claimant and Address | Claim Number | Claim Priority Status | | Modified Priority Status | | Reason for Modification |
|---|---|---|---|---|---|---|
| BENSUSSEN DEUTSCH AND ASSOCIATES, LLC ARE BILLING 15525 WOODINVILLE-REDMOND RD NE WOODINVILLE, WA  98072 | 662 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br><br>Total: | $0.00<br>$12,447.03<br>$0.00<br>$37,445.18<br><br>$49,892.21 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br><br>Total: | $0.00<br>$4,266.82<br>$0.00<br>$2,689.17<br><br>$6,955.99 | The asserted administrative priority amount has no basis because it should be reclassified to a general unsecured claim equal to the prepetition amount outstanding in the Debtors' books and records. |
| JETWAVE WIRELESS, LLC 5228 EISENHOWER AVE ALEXANDRIA, VA  22304 | 298 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br><br>Total: | $19,984.00<br>$0.00<br>$0.00<br>$10,778.14<br><br>$30,762.14 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br><br>Total: | $0.00<br>$0.00<br>$0.00<br>$25,184.00<br><br>$25,184.00 | The asserted administrative priority amount has no basis because it should be reclassified to a general unsecured claim equalling the amount owed to the creditor prepetition. |
| LNL ANODIZING, INC. 9900 GLENOAKS BLVD UNIT 3 SUN VALLEY, CA  91352 | 51 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br><br>Total: | $0.00<br>$21,134.44<br>$0.00<br>$832.42<br><br>$21,966.86 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br><br>Total: | $0.00<br>$6,669.09<br>$0.00<br>$15,200.57<br><br>$21,869.66 | The Debtors propose to reduce the asserted administrative priority amount based on the receipt of goods within 20 days of the petition date and to reclassify the remaining prepetition amount owed as a general unsecured claim. |
| LRP INDUSTRIES 11531 CHAIRMAN DR DALLAS, TX  75243 | 391 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br><br>Total: | $0.00<br>$706.11<br>$53.81<br>$0.00<br><br>$759.92 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br><br>Total: | $0.00<br>$0.00<br>$0.00<br>$706.11<br><br>$706.11 | The asserted administrative priority amount has no basis because it should be reclassified to a general unsecured claim equalling the amount owed to the creditor prepetition. |
| M.S. SIGNS, INC 6 MORRIS STREET NEW JERSEY, NJ  07501 | 218 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br><br>Total: | $0.00<br>$13,736.82<br>$0.00<br>$0.00<br><br>$13,736.82 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br><br>Total: | $0.00<br>$0.00<br>$0.00<br>$10,976.78<br><br>$10,976.78 | The asserted administrative priority amount has no basis because it should be reclassified to a general unsecured claim equalling the amount owed to the creditor prepetition. |
| SHURE INCORPORATED TOM DORAN 5800 WEST TOUHY AVENUE NILES, IL  60714 | 405 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br><br>Total: | $0.00<br>$23,352.19<br>$0.00<br>$12,458.72<br><br>$35,810.91 | Secured:<br>Admin:<br>Priority:<br>Unsecured:<br><br>Total: | $0.00<br>$20,614.32<br>$0.00<br>$8,505.57<br><br>$29,119.89 | The Debtors propose to reduce the asserted administrative priority amount based on the receipt of goods within 20 days of the petition date and to reclassify the remaining prepetition amount owed as a general unsecured claim. |

**Exhibit 3**

**Reduce & Reclass Claims**

| Name of Claimant and Address | Claim Number | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|
| Total Claims To Be Modified: | 6 | Secured: $19,984.00 | $0.00 | |
| | | Admin: $71,376.59 | $31,550.23 | |
| | | Priority: $53.81 | $0.00 | |
| | | Unsecured: $61,514.46 | $63,262.20 | |
| | | Total: $152,928.86 | $94,812.43 | |