IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
)
VER TECHNOLOGIES HOLDCO LLC, )
et al. ) Case No. 18-10834 (KG)
)
Debtors. ) Chapter 11
)

**DAVID IMLAU'S DECLARATION IN RESPONSE TO DEBTORS' SECOND OMNIBUS (SUBSTANTIVE) OBJECTION PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

I, DAVID IMLAU, hereby declare under the penalty of perjury as follows:

1. I am adult individual, and am the claimant who filed the proof of claim that is at issue in the captioned objection.

2. I make this declaration based upon my personal knowledge.

3. The facts set forth in DAVID IMLAU'S RESPONSE TO DEBTORS' SECOND OMNIBUS (SUBSTANTIVE) OBJECTION PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1 (the "Response") are true and correct.

4. The documents attached as exhibits to the foregoing Response, as well as to the filed proof of claim, are true and correct copies of the documents attached thereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

MR. DAVID IMLAU

SUBSCRIBED, SWORN AND ACKNOWLEDGED before me by DAVID IMLAU, subscribed and sworn before me this 18th day of JANUARY A.D. 2019.

NOTARY PUBLIC

LILY YONG ZHENG
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Queens County
01ZH6362341
MY COMMISSION EXPIRES 07/31/2021