EXHIBIT A

# SUPER BOWL XLIX (2015)













DOC A1 (4/8)

Super Bowl XLIX Pre-Game / Halftime Shows - STAFF LIST    a/o 1/19/15 5:38 PM    B-1.



# PRE-GAME & HALFTIME SHOWS
# STAFF LIST

**Production Office (NY)**
Touchdown Entertainment, Inc
70 West 36th Street
Suite 701
New York, NY 10018
212/239-0777 (O)
212/687-5558 (F)

**NFL:**
345 Park Ave.
New York, NY 10154
212/450-2000 (Main)

**Venue:**
University of Phoenix Stadium
1 Cardinals Drive
Glendale, AZ 85305

**Venue Prod. Office:**
On-Site Compound
480/409-4920 (Main)
480/XXX-XXXX (Video Truck)

# PRODUCTION STAFF

| TITLE | NAME | PHONE & EMAIL |
|---|---|---|
| EXECUTIVE PRODUCER | **RICKY KIRSHNER**<br>70 West 36th St., Suite 701<br>New York, NY 10018<br><br>Assistant: **Sarah Levine Hall** | |
| DIRECTOR | **HAMISH HAMILTON**<br>Done and Dusted Productions Ltd<br>Third Floor<br>6 Ramillies St.<br>London, United Kingdom W1F7TY<br><br>Assistant: **James Marryman** | |

For any changes or additions email: jennystanley22@gmail.com

DOC A1 (5/8)

Super Bowl XLIX Pre-Game / Halftime Shows - STAFF LIST    a/o 1/19/15 5:38 PM                    B-21.

## STAGE VIDEO & PROJECTION

| TITLE | NAME | PHONE & EMAIL |
|---|---|---|
| GENERAL MANAGER | **GRAHAM BUTTREY** | |
| LED TECHNICIANS | **COLTON CARROLL** | |
|  | **TRACE DeROY** | |
|  | **DAVID IMLAU** | |
|  | **BRANDON OOSTERHOF** | |
|  | **LUKE PILATO** | |
|  | **ROD SILHANEK** | |
|  | **MICHAEL SPENCER** | |
| PROJECTION LEAD | **CHRIS PETERSON** | |
| PROJECTION TECHS | **JON BAGTATLYAN** | |
|  | **DAVID BERGFELD** | |
|  | **NATE FOUNTAIN** | |
|  | **JASON LOWE** | |
|  | **CURTIS MILLER** | |

For any changes or additions email: jennystanley22@gmail.com

DOC A1 (6/8)

Super Bowl XLIX Pre-Game / Halftime Shows - STAFF LIST    a/o 1/19/15 5:38 PM    B-37.

## PRODUCTION SERVICES (CONT'D)

| TITLE | NAME | PHONE & EMAIL |
|---|---|---|
| JIB RENTAL | **CAMERA MOVES, INC**<br>86 Kinsale Lane<br>PO Box 309<br>Dingman's Ferry, PA 18328<br>Contact: **Mary Balton** | 570/828-8882 (O)<br>570/828-7787 (F)<br>cammoves@ptd.net |
| LED | **VER** | 818/956-1444 (O) |
| LEGAL | **HILLARY BIBICOFF**<br>30765 Pacific Coast Highway<br>Ste 411<br>Malibu, CA 90265 | 310/667-6056 (D)<br>310/457-6100 (O)<br>hbibicoff@holmesweinberg.com |
| LIGHTING SERVICES | **PRG**<br>9111 Sunland Boulevard<br>Sun Valley, CA 91352 | 818/252-2600 (O) |
|  | **FULL FLOOD**<br>2397 Silverlake Blvd. #22<br>Los Angeles, CA 90039 | 323/665-6868 (O)<br>323/665.6967 (F) |
| LIMOUSINES | **CAREY LIMOUSINES** | 888/895-2098 (O)<br>superbowl.reservations@carey.com |
|  | Contact: **Sally Snead**, SVP Operations | 202/895-1218 (O)<br>202/494-8188 (C)<br>sally.snead@carey.com |
|  | Contact: **Duncan Lilley**, Event Manager | 571/259-6318<br>duncan.lilley@carey.com |
|  | Contact: **Penny Brennalt,** Event Manager | 772/349-8733<br>pbrennalt@aol.com |
| MONITORS | **DAVE PORT (NFL)** | 212/450-2284 (O)<br>Dave.Port@NFL.com |
| PAYROLL SERVICES | **THE JACOBSON GROUP**<br>11835 W. Olympic Blvd., Suite 1285<br>Los Angeles, CA 90064<br>Contact: **Paris Barron**<br>    **Jose Robles** | 310/444-5255 (O)<br>310/444-5256 (F) |

For any changes or additions email: jennystanley22@gmail.com

**15 JAN 2015** ▶ **03 FEB 2015**   TRIP TO **PHOENIX, AZ**

PREPARED FOR
**IMLAU/DAVID**



THE TZELL TRAVEL GROUP
212-944-2121

RESERVATION CODE   QPBJLV
AIRLINE RESERVATION CODE   F94CQ2 (DL)

 DEPARTURE: **THURSDAY 15 JAN**   Please verify flight times prior to departure

| DELTA AIR LINES INC **DL 2021** Duration: 4hr(s) 36min(s) | DTW DETROIT METRO, MI | PHX PHOENIX, AZ | Aircraft: AIRBUS INDUSTRIE A320 JET |
|---|---|---|---|
| | Departing At: **3:59pm** | Arriving At: **6:35pm** | Distance (in Miles): 1671  Stop(s): 0 |
| | Terminal: E.H.MCNAMARA TERMINAL | Terminal: TERMINAL 3 | |

| Passenger Name: | Seats: | Class: | Status: | Frequent Flyer #: | eTicket Receipt(s): | Meals: |
|---|---|---|---|---|---|---|
| » IMLAU/DAVID | 23A / Confirmed | Economy | Confirmed | 9452402895 / DELTA AIR LINES INC | 0067513770518 | Food for Purchase |

 DEPARTURE: **TUESDAY 03 FEB**   Please verify flight times prior to departure

| DELTA AIR LINES INC **DL 2487** Duration: 1hr(s) 30min(s) | PHX PHOENIX, AZ | LAX LOS ANGELES, CA | Aircraft: BOEING 737-900 JET |
|---|---|---|---|
| | Departing At: **7:20am** | Arriving At: **7:50am** | Distance (in Miles): 370  Stop(s): 0 |
| | Terminal: TERMINAL 3 | Terminal: TERMINAL 5 | |

| Passenger Name: | Seats: | Class: | Status: | Frequent Flyer #: | eTicket Receipt(s): | Meals: |
|---|---|---|---|---|---|---|
| » IMLAU/DAVID | 16C / Confirmed | Economy | Confirmed | 9452402895 / DELTA AIR LINES INC | 0067513770518 | |

 DEPARTURE: **TUESDAY 03 FEB**   Please verify flight times prior to departure

| DELTA AIR LINES INC **DL 1806** Duration: 4hr(s) 35min(s) | LAX LOS ANGELES, CA | DTW DETROIT METRO, MI | Aircraft: BOEING 767 JET |
|---|---|---|---|
| | Departing At: **9:10am** | Arriving At: **4:45pm** | Distance (in Miles): 1979  Stop(s): 0 |
| | Terminal: TERMINAL 5 | Terminal: E.H.MCNAMARA TERMINAL | |

| Passenger Name: | Seats: | Class: | Status: | Frequent Flyer #: | eTicket Receipt(s): | Meals: |
|---|---|---|---|---|---|---|
| » IMLAU/DAVID | 30B / Confirmed | Economy | Confirmed | 9452402895 / DELTA AIR LINES INC | 0067513770518 | Food for Purchase |

**Notes**
NEW TSA ELECTRONICS SCREENING REQUIREMENTS.
PASSENGERS TRAVELING ON ANY AIRLINE TO THE USA SHOULD
EXPECT ADDITIONAL SECURITY MEASURES.

| NAME | DATE IN | DATE OUT | NIGHTS | confirm # |
|---|---|---|---|---|
| DeRoy, Trace | 15-Jan | 3-Feb | 19 | 845196 |
| Imlau, David | 15-Jan | 3-Feb | 19 | 845197 |
| Oosterhof, Brandon | 15-Jan | 3-Feb | 19 | 845198 |
| Pilato, Luke | 15-Jan | 3-Feb | 19 | 845199 |
| Silhanek, Rod | 15-Jan | 3-Feb | 19 | 845200 |
| Spencer, Michael | 15-Jan | 3-Feb | 19 | 845201 |
| Carroll, Colton | 15-Jan | 3-Feb | 19 | 845202 |
| Buttrey, Graham | 15-Jan | 3-Feb | 19 | 845195 |

**Holiday Inn Express**
**1313 N. Litchfield Rd**
**Goodyear, AZ 85395**