EXHIBIT B

# SUPER BOWL 50 (2016)
























DOC A2 (7/9)

Super Bowl 50 Pre-Game / Halftime Shows - STAFF LIST     a/o 1/29/16 11:03 PM                    B-1.



# PRE-GAME & HALFTIME SHOWS
# STAFF LIST

**Production Office (NY)**
Touchdown Entertainment, Inc
70 West 36th Street
Suite 701
New York, NY 10018
212/239-0777 (O)
212/687-5558 (F)

**NFL:**
345 Park Ave.
New York, NY 10154
212/450-2000 (Main)

**Venue:**
Levi's Stadium
4900 Marie P. DeBartolo Way
Santa Clara, CA 95054

**Venue Prod. Office:**
On-Site Compound
TBD (Main)
TBD (Video Truck)

## PRODUCTION STAFF

| TITLE | NAME | PHONE & EMAIL |
|---|---|---|
| EXECUTIVE PRODUCER | **RICKY KIRSHNER**<br>70 West 36th St., Suite 701<br>New York, NY 10018 | |
| DIRECTOR | **HAMISH HAMILTON**<br>Done and Dusted Productions Ltd<br>Third Floor<br>6 Ramillies St.<br>London, United Kingdom W1F7TY<br><br>Assistant: **James Merryman** | |

For any changes or additions email: jennystanley22@gmail.com

DOC A2 (8/9)

Super Bowl 50 Pre-Game / Halftime Shows - STAFF LIST    a/o 1/29/16 11:03 PM        B-23.

## STAGE VIDEO & PROJECTION

| TITLE | NAME | PHONE & EMAIL |
|---|---|---|
| GENERAL MANAGER | **GRAHAM BUTTREY** | |
| LED TECHNICIANS | **TRACE DeROY** | |
| | **DAVID IMLAU** | |
| | **CHAD McCLYMONDS** | |
| | **BRANDON OOSTERHOF** | |
| | **LUKE PILATO** | |
| | **ROD SILHANEK** | |
| | **MICHAEL SPENCER** | |
| MEDIA SERVER OPERATOR | **JASON RUDOLPH** | |
| MEDIA SERVER TECHNICIAN | **MATT WATERS** | |

For any changes or additions email: jennystanley22@gmail.com

DOC A2 (9/9)

Super Bowl 50 Pre-Game / Halftime Shows - STAFF LIST     a/o 1/29/16 11:03 PM     B-35.

## PRODUCTION SERVICES (CONT'D)

| TITLE | NAME | PHONE & EMAIL |
|---|---|---|
| HOTELS (CONT'D) | **LA QUINTA**<br>2585 Seaboard Ave<br>San Jose, CA 95131 | |
| (YOLA) | **HAMPTON INN & SUITES- SALINAS**<br>523 Work Street<br>Salinas, CA 93901 | |
| ICE | **GLACIER ICE** | 602/396-6206 (O) |
| INSURANCE | **ENTERTAINMENT INDUSTRY SOLUTIONS/**<br>**HUB INTERNATIONAL**<br>16030 Ventura Boulevard # 500<br>P.O. Box 20005<br>Encino, CA  91416-0005<br>Contact: **Mike Newman**<br>**Josh Roberts** | 818/770/3104 (D)<br>310/270-5426 (C) |
| IT & PHONE SUPPORT | **CASTLE POINT PRINTERS**<br>Contact: **Andrew Binns** | 617/877-2105 (C)<br>abinns@gmail.com |
| LED | **VER** | 818/956-1444 (O) |
| LEGAL | **HILLARY BIBICOFF**<br>30765 Pacific Coast Highway<br>Ste 411<br>Malibu, CA 90265 | 310/667-6056 (D)<br>310/457-6100 (O)<br>hbibicoff@holmesweinberg.com |
| LIGHTING SERVICES | **FULL FLOOD**<br>2397 Silverlake Blvd. #22<br>Los Angeles, CA 90039 | 323/665-6868 (O)<br>323/665.6967 (F) |
| | **PRG**<br>9111 Sunland Boulevard<br>Sun Valley, CA 91352 | 818/252-2600 (O) |

For any changes or additions email: jennystanley22@gmail.com

## 24 JAN 2016 ▶ 09 FEB 2016 TRIP TO SAN JOSE CA, CA

**PREPARED FOR**
**IMLAU/DAVID**



THE TZELL TRAVEL GROUP
212-944-2121

RESERVATION CODE   OBQOML
AIRLINE RESERVATION CODE   G7XH47 (DL)

---

 **DEPARTURE: SUNDAY 24 JAN** Please verify flight times prior to departure

| DELTA AIR LINES INC **DL 1223** Duration: 5hr(s) 8min(s) | DTW DETROIT METRO, MI | LAX LOS ANGELES, CA | Aircraft: BOEING 737-900 JET |
|---|---|---|---|
| | Departing At: **5:40pm** | Arriving At: **7:48pm** | Distance (in Miles): 1979 Stop(s): 0 |
| | Terminal: Not Available | Terminal: TERMINAL 5 | |

| Passenger Name: | Seats: | Class: | Status: | Frequent Flyer #: | eTicket Receipt(s): | Meals: |
|---|---|---|---|---|---|---|
| » IMLAU/DAVID | 11A/ Confirmed | Economy | Confirmed | 6008064526 / DELTA AIR LINES INC | 0067743159948 0067738939164 | Food for Purchase |

---

 **DEPARTURE: SUNDAY 24 JAN** Please verify flight times prior to departure

| DELTA AIR LINES INC **DL 1085** Duration: 1hr(s) 18min(s) | LAX LOS ANGELES, CA | SJC SAN JOSE CA, CA | Aircraft: BOEING 717 JET |
|---|---|---|---|
| | Departing At: **8:35pm** | Arriving At: **9:53pm** | Distance (in Miles): 308 Stop(s): 0 |
| | Terminal: TERMINAL 5 | Terminal: TERMINAL A | |

| Passenger Name: | Seats: | Class: | Status: | Frequent Flyer #: | eTicket Receipt(s): |
|---|---|---|---|---|---|
| » IMLAU/DAVID | 12A/ Confirmed | Economy | Confirmed | 6008064526 / DELTA AIR LINES INC | 0067743159948 0067738939164 |

---

 **DEPARTURE: TUESDAY 09 FEB** Please verify flight times prior to departure

| DELTA AIR LINES INC **DL 2796** Duration: 1hr(s) 23min(s) | SJC SAN JOSE CA, CA | LAX LOS ANGELES, CA | Aircraft: BOEING 717 JET |
|---|---|---|---|
| | Departing At: **10:32am** | Arriving At: **11:55am** | Distance (in Miles): 308 Stop(s): 0 |
| | Terminal: TERMINAL A | Terminal: TERMINAL 5 | |

| Passenger Name: | Seats: | Class: | Status: | Frequent Flyer #: | eTicket Receipt(s): |
|---|---|---|---|---|---|
| » IMLAU/DAVID | 14A/ Confirmed | Economy | Confirmed | 6008064526 / DELTA AIR LINES INC | 0067743159948 |

| Buttrey, Graham | 26-Jan | 8-Feb | 24437243 |
| --- | --- | --- | --- |
| DeRoy, Trace | 24-Jan | 8-Feb | 24437252 |
| Imlau, David | 24-Jan | 8-Feb | 24437244 |
| McClymonds, Chad | 24-Jan | 8-Feb | 24437245 |
| Oosterhof, Brandon | 24-Jan | 8-Feb | 24437247 |
| Pilato, Luke | 24-Jan | 8-Feb | 24437238 |
| Silhanek, Rod | 24-Jan | 8-Feb | 24437239 |
| Spencer, Michael | 24-Jan | 8-Feb | 24437240 |

**Hyatt**
**5101 Great America Parkway**
**Santa Clara, CA 95054**