OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: VER Technologies Holdco, LLC          Bank: Bank of America

Bankruptcy Number: 18-10834                          Account Number: 3153

Date of Confirmation: August 21, 2018                Account Type: Escrow Account

Reporting Period (month/year): October – December 2018

Beginning Cash Balance:                              $ 3,496,146

All receipts received by the debtor:

    Cash Sales:                                      $

    Collection of Accounts Receivable:               $ 0

    Proceeds from Litigation (settlement or otherwise): $ 0

    Sale of Debtor's Assets:                         $ 0

    Capital Infusion pursuant to the Plan:           $ 0

    Total of cash received:                          $ 0

Total of cash available:                             $ 3,496,146

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:   $ 0

    Disbursements made pursuant to the administrative claims of bankruptcy professionals:   $ (3,225,019)

    All other disbursements made in the ordinary course:  $ (271,127)

    Total Disbursements                               $ (3,496,146)

Ending Cash Balance                                  $ 0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

February 6, 2019     [signature]     Robert Krakauer/CEO
Date                 Name/Title

Debtor: VER Technologies Holdco, LLC

Case Number: 18-10834

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: VER Technologies Holdco, LLC        Bank: East West Bank

Bankruptcy Number: 18-10834                         Account Number: 1207

Date of Confirmation: August 21, 2018               Account Type: Escrow Account

Reporting Period (month/year): October – December 2018

Beginning Cash Balance:                             $ 10,999,980

All receipts received by the debtor:

　　Cash Sales:                                     $ 0

　　Collection of Accounts Receivable:              $ 0

　　Proceeds from Litigation (settlement or otherwise): $ 0

　　Sale of Debtor's Assets:                        $ 0

　　Capital Infusion pursuant to the Plan:          $ 0

　　Total of cash received:                         $ 0

Total of cash available:                            $ 10,999,980

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

　　Disbursements made under the plan, excluding the administrative
　　claims of bankruptcy professionals:             $ (0)

　　Disbursements made pursuant to the administrative claims of
　　bankruptcy professionals:                       $ (0)

　　All other disbursements made in the ordinary course: $ (0)

　　Total Disbursements                             $ (0)

Ending Cash Balance                                 $ 10,999,980

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

February 6, 2019                    Robert Krakauer/CEO
Date                                Name/Title

Debtor: VER Technologies Holdco, LLC

Case Number: 18-10834

| ASSETS | December 31, 2018 |
|---|---|
| Cash (Unrestricted) | $10,999,980 |
| Cash (Restricted) | $0 |
| Accounts Receivable (Net) | $0 |
| Inventory | $0 |
| Notes Receivable | $0 |
| Prepaid Expenses | $0 |
| Other (Attach List) | $0 |
| Total Current Assets | $10,999,980 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | $0 |
| Machinery & Equipment | $0 |
| Furniture, fixtures & Office Equipment | $0 |
| Vehicles | $0 |
| Leasehold Improvements | $0 |
| Less: Accumulated Depreciation/Depletion | $0 |
| Total Property, Plant & Equipment | $0 |
| Due from Affiliates & Insiders | $0 |
| Other (Attach List) | $0 |
| Total Assets | $10,999,980 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | $0 |
| Taxes Payable | $0 |
| Notes Payable | $0 |

| | |
|---|---|
| Professional Fees | $0 |
| Secured Debt | $0 |
| Due to Affiliates & Insiders | $0 |
| Other (Attach List) | $0 |
| Total Postpetition Liabilities | $0 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | $0 |
| Priority Debt - Per Plan | $0 |
| Unsecured Debt - Per Plan | $40,070,941 |
| Other (Attach List) - Per Plan | $0 |
| Total Pre-petition Liabilities | $40,070,941 |
| Total Liabilities | $40,070,941 |
| **Equity** | |
| Common Stock | $0 |
| Retained Earnings (Deficit) | ($29,070,961) |
| Total Equity (Deficit) | $0 |
| Total Liabilities & Owners' Equity | $10,999,980 |