IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| VER TECHNOLOGIES HOLDCO LLC, *et al.*,[1] | ) Case No. 18-10834 (KG) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**Re: Docket No. 952**

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 12, 2019, AT 10:00 A.M. BEFORE THE HONORABLE KEVIN GROSS**

PLEASE NOTE: ALL MATTERS ARE RESOLVED
AND THE COURT HAS CANCELED THE HEARING.

**CONTINUED MATTER:**

1.  Second Omnibus (Substantive) Objection Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed: 1/4/19) [Docket No. 918]

    Response Deadline: January 18, 2019 at 4:00 p.m.

    Responses Received:

    A    David Imlau's Response to Debtors' Second Omnibus (Substantive) Objection Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed: 1/18/19) [Docket No. 924]

    Related Documents:

    A.    [Proposed] Order Sustaining Second Omnibus (Substantive) Objection Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed: 1/4/19) [Docket No. 918, Exhibit B]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: VER Technologies HoldCo LLC (7239); CPV Europe Investments LLC (2533); FAAST Leasing California, LLC (7857); Full Throttle Films, LLC (0487); Maxwell Bay Holdings LLC (3433); Revolution Display, LLC (6711); VER Finco, LLC (5625); VER Technologies LLC (7501); and VER Technologies MidCo LLC (7482). The location of the Debtors' service address is: 757 West California Avenue, Building 4, Glendale, California 91203.

[2] **Amended items are in bold.**

1

    B.    Notice of Submission of Proofs of Claim in Connection with the Second Omnibus (Substantive) Objection Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed: 1/30/19) [Docket No. 928]

    C.    Certification of Counsel Regarding Second Omnibus (Substantive) Objection Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed: 2/11/19) [Docket No. 937]

    D.    [Signed] Order Sustaining Second Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed: 2/11/19) [Docket No. 939]

Status: The response of David Imlau is continued to the next omnibus hearing scheduled on April 16, 2019 at 11:00 a.m. (ET). An order has been entered on all of the other remaining claims for this matter.

**RESOLVED MATTERS:**

2.    Reorganized Debtor's Second Motion for Order Extending the Period to Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027 (Filed: 2/5/19) [Docket No. 931]

Response Deadline: February 19, 2019 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

    A.    [Signed] Second Order Extending the Period to Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027 Through and Including August 28, 2019 (Filed: 2/21/19) [Docket No. 944]

Status: The Court has entered an order on this matter.

3.    Third Omnibus (Non-Substantive) Objection Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed: 1/31/19) [Docket No. 929]

Response Deadline: February 14, 2019 at 4:00 p.m. Extended to February 15, 2019 for Verizon. Extended to March 6, 2019 at 4:00 p.m. for Melbar Entertainment Group

  A. Response of Verizon

  B. Informal Response of Eventful

  C. Informal Response of Melbar Entertainment Group

  D. Informal Response A.C.T. Lighting, Inc.

Related Documents:

  A. [Proposed] Order Sustaining Third Omnibus (Non-Substantive) Objection Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed: 1/31/19) [Docket No. 929, Exhibit A]

  B. Notice of Submission of Proofs of Claim in Connection with the Third Omnibus (Non-Substantive) Objection Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed: 2/26/19) [Docket No. 945]

  C. Certification of Counsel Regarding Third Omnibus (Non-Substantive) Objection Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed: 3/8/19) [Docket No. 950]

  **D.** **[Signed] Order Sustaining Third Omnibus (Non-Substantive) Objection Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed: 3/8/19) [Docket No. 953]**

**Status:** **The Court has entered an order on this matter. No hearing is necessary.**

4. Fourth Omnibus (Substantive) Objection Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed: 1/31/19) [Docket No. 930]

Response Deadline: February 14, 2019 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

  A. Informal Response of A.C.T. Lighting, Inc.

Related Documents:

  A. [Proposed] Order Sustaining Fourth Omnibus (Substantive) Objection Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed: 1/31/19) [Docket No. 930, Exhibit A]

  B. Notice of Submission of Proofs of Claim in Connection with the Fourth Omnibus (Substantive) Objection Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed: 2/26/19) [Docket No. 946]

C.  Certification of Counsel Regarding Fourth Omnibus (Substantive) Objection Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 3/8/19] (Docket No. 951)

D.  **[Signed] Order Sustaining Fourth Omnibus (Substantive) Objection Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed: 3/8/19) [Docket No. 954]**

**Status:** The Court has entered an order on this matter. No hearing is necessary.

Dated: Wilmington, Delaware
March 8, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       pkeane@pszjlaw.com

- and -

Joseph T. Moldovan (*Pro Hac Vice*)
Robert K. Dakis (*Pro Hac Vice*)
David J. Kozlowski (*Pro Hac Vice*)
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
Email: bankruptcy@morrisoncohen.com
       rdakis@morrisoncohen.com

*Co-Counsel for Production Resource Group and the Reorganized Debtor*