OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: VER Technologies Holdco, LLC        Bank: Bank of America

Bankruptcy Number: 18-10834                        Account Number: 1000043153

Date of Confirmation: August 21, 2018              Account Type: Escrow Account

Reporting Period (month/year): January – March 2019

    Beginning Cash Balance:                         $ 0

All receipts received by the debtor:

    Cash Sales:                                     $ _____

    Collection of Accounts Receivable:              $ 0

    Proceeds from Litigation (settlement or otherwise): $ 0

    Sale of Debtor's Assets:                        $ 0

    Capital Infusion pursuant to the Plan:          $ 0

    Total of cash received:                         $ 0

Total of cash available:                            $ 0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:   $ 0

    Disbursements made pursuant to the administrative claims of bankruptcy professionals:   $ 0

    All other disbursements made in the ordinary course:   $ 0

    Total Disbursements                             $ 0

Ending Cash Balance                                 $ 0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

June 20, 2019        _____   Robert Krakauer/CEO
Date                        Name/Title

Debtor: VER Technologies Holdco, LLC

Case Number: 18-10834

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: VER Technologies Holdco, LLC   Bank: East West Bank

Bankruptcy Number: 18-10834   Account Number: 5500011207

Date of Confirmation: August 21, 2018   Account Type: Escrow Account

Reporting Period (month/year): January – March 2019

| | |
|---|---|
| Beginning Cash Balance: | $ 10,999,980 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Total of cash received: | $ 0 |
| Total of cash available: | $ 10,999,980 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ (0) |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ (0) |
| All other disbursements made in the ordinary course: | $ (0) |
| Total Disbursements | $ (0) |
| Ending Cash Balance | $ 10,999,980 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

June 20, 2019   [signature]   Robert Krakauer/CEO
Date                  Name/Title

Debtor: VER Technologies Holdco, LLC

Case Number: 18-10834

| ASSETS | March 31, 2019 |
|---|---|
| Cash (Unrestricted) | $10,999,980 |
| Cash (Restricted) | $0 |
| Accounts Receivable (Net) | $0 |
| Inventory | $0 |
| Notes Receivable | $0 |
| Prepaid Expenses | $0 |
| Other (Attach List) | $0 |
| Total Current Assets | $10,999,980 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | $0 |
| Machinery & Equipment | $0 |
| Furniture, fixtures & Office Equipment | $0 |
| Vehicles | $0 |
| Leasehold Improvements | $0 |
| Less: Accumulated Depreciation/Depletion | $0 |
| Total Property, Plant & Equipment | $0 |
| Due from Affiliates & Insiders | $0 |
| Other (Attach List) | $0 |
| Total Assets | $10,999,980 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | $0 |
| Taxes Payable | $0 |
| Notes Payable | $0 |

| | |
|---|---|
| Professional Fees | $0 |
| Secured Debt | $0 |
| Due to Affiliates & Insiders | $0 |
| Other (Attach List) | $0 |
| Total Postpetition Liabilities | $0 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | $0 |
| Priority Debt - Per Plan | $0 |
| Unsecured Debt - Per Plan | $40,070,941 |
| Other (Attach List) - Per Plan | $0 |
| Total Pre-petition Liabilities | $40,070,941 |
| Total Liabilities | $40,070,941 |
| **Equity** | |
| Common Stock | $0 |
| Retained Earnings (Deficit) | ($29,070,961) |
| Total Equity (Deficit) | $0 |
| Total Liabilities & Owners' Equity | $10,999,980 |