OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: VER Technologies Holdco, LLC    Bank: Bank of America

Bankruptcy Number: 18-10834    Account Number: 1000043153

Date of Confirmation: August 21, 2018    Account Type: Escrow Account

Reporting Period (month/year): April – June 2019

| | |
|---|---|
| Beginning Cash Balance: | $ 0 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Total of cash received: | $ 0 |
| Total of cash available: | $ 0 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 0 |
| All other disbursements made in the ordinary course: | $ 0 |
| Total Disbursements | $ 0 |
| Ending Cash Balance | $ 0 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

September 27, 2019    *[signature]* Robert Mennes, EVP
Date    Name/Title

Debtor: VER Technologies Holdco, LLC

Case Number: 18-10834

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: VER Technologies Holdco, LLC      Bank: East West Bank

Bankruptcy Number: 18-10834      Account Number: 5500011207

Date of Confirmation: August 21, 2018      Account Type: Escrow Account

Reporting Period (month/year): April – June 2019

Beginning Cash Balance:      $ 10,999,980

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Total of cash received: | $ 0 |

Total of cash available:      $ 10,999,980

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ (0) |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ (0) |
| All other disbursements made in the ordinary course: | $ (0) |
| Total Disbursements | $ (0) |

Ending Cash Balance      $ 10,999,980

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

September 27, 2019      /s/ Robert Mannas, EVP
Date            Name/Title

Debtor: VER Technologies Holdco, LLC

Case Number: 18-10834

| | June 30, 2019 |
|---|---|
| **ASSETS** | |
| Cash (Unrestricted) | $10,999,980 |
| Cash (Restricted) | $0 |
| Accounts Receivable (Net) | $0 |
| Inventory | $0 |
| Notes Receivable | $0 |
| Prepaid Expenses | $0 |
| Other (Attach List) | $0 |
| Total Current Assets | $10,999,980 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | $0 |
| Machinery & Equipment | $0 |
| Furniture, fixtures & Office Equipment | $0 |
| Vehicles | $0 |
| Leasehold Improvements | $0 |
| Less: Accumulated Depreciation/Depletion | $0 |
| Total Property, Plant & Equipment | $0 |
| Due from Affiliates & Insiders | $0 |
| Other (Attach List) | $0 |
| Total Assets | $10,999,980 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | $0 |
| Taxes Payable | $0 |
| Notes Payable | $0 |

| | |
|---|---|
| Professional Fees | $0 |
| Secured Debt | $0 |
| Due to Affiliates & Insiders | $0 |
| Other (Attach List) | $0 |
| Total Postpetition Liabilities | $0 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | $0 |
| Priority Debt - Per Plan | $0 |
| Unsecured Debt - Per Plan | $33,549,920 |
| Other (Attach List) - Per Plan | $0 |
| Total Pre-petition Liabilities | $33,549,920 |
| Total Liabilities | $33,549,920 |
| **Equity** | |
| Common Stock | $0 |
| Retained Earnings (Deficit) | ($22,549,940) |
| Total Equity (Deficit) | $0 |
| Total Liabilities & Owners' Equity | $10,999,980 |