IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VER TECHNOLOGIES HOLDCO LLC, *et al.*,[1] | ) Case No. 18-10834 (KG) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |

Objection Deadline: January 3, 2020 at 4:00 p.m. (prevailing Eastern Time)
Hearing Date: January 29, 2020 at 1:00 p.m. (prevailing Eastern Time)

## NOTICE OF HEARING ON THIRD MOTION OF REORGANIZED DEBTOR, PURSUANT TO, INTER ALIA, FED. R. BANKR. P. 9006(b)(1), FOR AN ORDER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS THROUGH AND INCLUDING AUGUST 10, 2020

TO:   (a) the Office of the United States Trustee for the District of Delaware; (b) any party filing a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on December 19, 2019, the Debtors, and through the merger effectuated via the Plan, Production Resource Group Inc. ("PRG"; together with the Debtors, the "Reorganized Debtors") in the above-captioned bankruptcy cases filed the attached *Third Motion of Reorganized Debtor, Pursuant to, Inter Alia, Fed. R. Bankr. P. 9006(b)(1) for an Order Extending the Deadline to Object to Claims Through and Including August 10, 2020* ("Motion").

**PLEASE TAKE FURTHER NOTICE** that objections and responses to the relief requested in the Motion, if any, must be in writing and filed with the Bankruptcy Court on or before **January 3, 2020 at 4:00 p.m. prevailing Eastern time.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: VER Technologies HoldCo LLC (7239); CPV Europe Investments LLC (2533); FAAST Leasing California, LLC (7857); Full Throttle Films, LLC (0487); Maxwell Bay Holdings LLC (3433); Revolution Display, LLC (6711); VER Finco, LLC (5625); VER Technologies LLC (7501); and VER Technologies MidCo LLC (7482). The location of the Debtors' service address is: 757 West California Avenue, Building 4, Glendale, California 91203.

2

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel for the Reorganized Debtor: (a) Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022; Attn: Joseph T. Moldovan, Esq.; Robert K. Dakis, Esq.; David J. Kozlowski, Esq. and (b) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esq.; Peter J. Keane, Esq.; and (ii) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 Attn: David Buchbinder, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **JANUARY 29, 2020 AT 1:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

2

DOCS_DE:226937.1 71504/001

| | |
|---|---|
| Dated: December 19, 2019<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>Peter J. Keane (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>    pkeane@pszjlaw.com<br><br>and-<br><br>Joseph T. Moldovan (*Pro Hac Vice*)<br>Robert K. Dakis (*Pro Hac Vice*)<br>David J. Kozlowski (*Pro Hac Vice*)<br>MORRISON COHEN LLP<br>909 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 735-8600<br>Facsimile: (212) 735-8708<br>email: bankruptcy@morrisoncohen.com<br>    rdakis@morrisoncohen.com<br><br>*Co-Counsel for Production Resource Group and the Reorganized Debtor* |