# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| VER TECHNOLOGIES HOLDCO LLC, *et al.*,[1] | ) Case No. 18-10834 (CSS) |
| Reorganized Debtors. | ) (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON OCTOBER 14, 2020 AT 11:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, <u>COURTROOM NO. 6, WILMINGTON, DELAWARE 19801</u>**

**THIS HEARING HAS BEEN CANCELED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

## RESOLVED MATTER:

1. Motion of Jerry Maloney for Relief From the Plan Injunction to the Extent of Insurance Proceeds [Filed: 6/9/20] (Docket No. 1076).

   <u>Response Deadline</u>: July 14, 2020, at 4:00 p.m. *(extended until August 13, 2020 at 4:00 p.m. for the Reorganized Debtors)*

   <u>Responses Received</u>: None as of the date of this Notice of Agenda.

   <u>Related Documents</u>:

   a. [Proposed] Order Granting Jerry Maloney Relief From the Plan Injunction to the Extent of Insurance Proceeds [Filed: 6/9/20] (Docket No. 1076).

   b. Re-Notice of Motion of Jerry Maloney for Relief From the Plan Injunction to the Extent of Insurance Proceeds [Filed: 7/18/20] (Docket No. 1088).

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: VER Technologies HoldCo LLC (7239); CPV Europe Investments LLC (2533); FAAST Leasing California, LLC (7857); Full Throttle Films, LLC (0487); Maxwell Bay Holdings LLC (3433); Revolution Display, LLC (6711); VER Finco, LLC (5625); VER Technologies LLC (7501); and VER Technologies MidCo LLC (7482). The location of the Debtors' service address is: 757 West California Avenue, Building 4, Glendale, California 91203.

2

    c.    [Signed] Order Approving Stipulation and Resolution Agreement [Filed: 9/30/20] (Docket No. 1102).

<u>Status:</u>  The Court has entered an order on this matter.  No hearing is necessary.

Dated: Wilmington, Delaware
October 9, 2020

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ Peter J. Keane*
        Laura Davis Jones (DE Bar No. 2436)
        Peter J. Keane (DE Bar No. 5503)
        919 N. Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400
        Email: ljones@pszjlaw.com
                pkeane@pszjlaw.com

        - and -

        Joseph T. Moldovan (*Pro Hac Vice*)
        David J. Kozlowski (*Pro Hac Vice*)
        MORRISON COHEN LLP
        909 Third Avenue
        New York, NY 10022
        Telephone: (212) 735-8600
        Facsimile:  (212) 735-8708
        Email: bankruptcy@morrisoncohen.com
                dkozlowski@morrisoncohen.com

        *Co-Counsel for Production Resource Group and the Reorganized Debtors*